UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| KEVIN PARSONS, | ) | |
| | ) | Case No. 2:19-cv-225 |
| *Plaintiff*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge Cynthia R. Wyrick |
| EDWARD TESTER, *Individually and in His Official Capacity as Sheriff of Johnson County, Tennessee*, et al., | ) ) ) ) | |
| *Defendants*. | ) | |

## ORDER

On January 3, 2020, United States Magistrate Judge Cynthia R. Wyrick filed her report and recommendation (Doc. 3) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Wyrick recommended that the Court deny Plaintiff Kevin Parsons's application to proceed *in forma pauperis* (Doc. 2). (Doc. 3, at 2.) Plaintiff has paid the filing fee and has not filed objections to the Magistrate Judge's report and recommendation.[1]

The Court has reviewed the report and recommendation, as well as the record, and agrees with Magistrate Judge Wyrick's well-reasoned conclusions. Accordingly, the Court **ACCEPTS**

---

[1] Magistrate Judge Wyrick specifically advised Plaintiff that he had fourteen days in which to object to the report and recommendation and that failure to do so would waive his right to appeal. (Doc. 3, at 2 n.1); *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) (noting that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings"). Even taking into account the three additional days for service provided by Fed. R. Civ. P. 6(d), the period in which Plaintiff could timely file any objections has now expired.

and **ADOPTS** the report and recommendation (Doc. 3). Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is hereby **DENIED**.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**